Hyung S. Choi, State Bar 015669
Veronika Fabian, State Bar 018770
CHOI & FABIAN, PLC
90 S. Kyrene Rd., Suite #5
Chandler, Arizona 85226
tel: (480)517-1400
fax: (480)517-6955
hyung@choiandfabian.com
  Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Phu Trong Bui, | No.: 2:17-cv-04376-SPL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Equifax Information Services LLC; | |
| Defendant. | |

Plaintiff, through counsel, hereby notifies the Court that Plaintiff and Defendant Equifax Information Services, LLC, ("Equifax") have settled this matter regarding Plaintiff's claims against Defendant Equifax. Plaintiff and Equifax will file dismissal paperwork in the near future.

DATED October 12, 2018.

CHOI & FABIAN, PLC

*/s/ Hyung S. Choi*
Hyung S. Choi
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2018, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Adiba Jurayeva | Ted Roethke |
| SNELL & WILMER LLP | King & Spalding, LLP |
| 400 E. Van Buren, Suite 1900 | 1180 Peachtree Street NE |
| Phoenix, AZ 85004 | Atlanta, GA 30309-3521 |
| ajurayeva@swlaw.com | Troethke@KSLaw.com |
| *Attorney for Defendant Equifax Information Services LLC* | *Attorney for Defendant Equifax Information Services LLC* |

/s/ Dinah Lee

2