IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phu Trong Bui,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC,<br><br>　　　　　Defendant. | No.  CV-17-04376-PHX-SPL<br><br>**ORDER** |

　　　The Court has been advised that the parties have reached a settlement in this case (Doc. 30).  Accordingly,

　　　**IT IS ORDERED** that this case will be *dismissed with prejudice* by the Clerk of Court without further notice on **November 14, 2018** unless a stipulation to dismiss or request for reinstatement on the Court's trial calendar is filed prior to the dismissal date.

　　　Dated this 15th day of October, 2018.

　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge